**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

SAMANTHA MIXSOOKE,
    Plaintiff,

Case Number 3:12-cv-00170 JWS

v.

PRUDENTIAL LIFE INSURANCE CO.,
    Defendant and

KATY R. NUTTALL,
    Intervener-Defendant **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Nuttall's motion at docket 31 is GRANTED and Mixsooke's motion at docket 32 is DENIED.

APPROVED:

s/JOHN W. SEDWICK
United States District Judge

Date: February 15, 2013

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Marvel Hansbraugh,
    Clerk of Court

[]{JMT2.WPT*Rev.3/03}